BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

| | | |
|---|---|---|
| **In re: CP4 Fuel Pump Marketing, Sales Practices, and Products Liability Litigation** | | MDL No. 2919 |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. |
|---|---|---|
| **Plaintiffs:**<br>Mark William Droesser, Jeffrey A. Ford, Jeffrey Fowlkes, Matthew Parker and Trevor Wentz<br><br>**Defendant:**<br>Ford Motor Company | E.D. Michigan | 2:19-cv-12365-JEL |
| **Plaintiffs:**<br>Zachary J. Farlow, Matthew H. Clough, Curtis McNeal Mertz, William Tsumpes, James Higdon, Daryl Alejandro, Gary O. Pederson, Bobby J. Griffith, Barry R. Gonsalves, Joseph Sawicki, Allen J. Fowler, James Crowell, Jr., Kelly Arnold, Robert C. Haus, and Warren Story<br><br>**Defendant:**<br>Ford Motor Company | N.D. California | 3:18-cv-06967-JD |

| | | |
|---|---|---|
| **Plaintiffs:**<br>Eric Stevens, Christopher L. Rodriguez, Michael S. Frakes, Terry Pennell, Ray Moore, Michael S. Stone, Kent Larry Bakken, Lynn E. Kirkpatrick, Darren Fulton, Scotty J McCollum<br><br>**Defendant:**<br>Ford Motor Company | S.D. Texas | 2:18-cv-00456-NGR |
| **Plaintiffs:**<br>Abner Nunez, Robert D. Peters, James Childs, Paul A. Ponteaux Sr., Philip A. Adams, Ricky J. Tremblay, Michael Corbett, James Gregg Simmons, Gina Carter, Eric Mobley, Gregory R. Nix, David Lyndon Johns, Kenneth Blair, Robert W. Kirby, Mark A. Cagle, Gustavo Nicolas Gonzalez, and Jace Reyes<br><br>**Defendant:**<br>Ford Motor Company | S.D. Florida | 1:18-cv-25211-UU |
| **Plaintiffs:**<br>Frank Ginebra, Eileen R Van Fossen, James Aaron Aukes, Christafer Michael Wren, Daniel B. Bass, Wayne R. Gilbert, Jr., Melody Anne Dearborn, Duane Dee Meske, Ignacio Centeno, Nicholas Allen Miller, Bill Hoffman and Gordon Mac Johnson<br><br>**Defendant:**<br>General Motors LLC | S.D. Florida | 1:18-cv-25209-FAM |

| | | |
|---|---|---|
| *In re: General Motors LLC CP4 Fuel Pump Litigation*<br><br>**Plaintiffs:**<br>Christopher Moonan, Sean T. Smith, Isaiah Rudy, Jose Hernandez, Sean M. Buob, Richard Samson, Ryan Arthur Jensen, Douglas Crenshaw, Anthony Raymond Smith, Bradley Rice, Bruce K. Garlock, Chris S. McAlister, Colby Barry, Debra Kay Caskey, Douglas Hughes, Eric Thomas Corder, Ernest Harold Miller, Geoff Cochems, John Thomas White, Kaleb Bean, Kenneth Munro, Kenny Tran, Kevin Allen Lawson, Kevin Sutherland, Michael L. McCoy, Milton Leon Huss, Jr., Nicholas Brock, Stacy Wade Sizelove, Thorin Jay Askin, Ryan Maduro, Marcos R. Cobain, Jr., Michelle Diniz, James Dustin Morganti, Brandon Tirozzi, Calvin Smith, and Jacqueline Bargstedt<br><br>**Defendant:**<br>General Motors LLC | N.D. California | 3:18-cv-07054-JST |
| **Plaintiffs:**<br>Bruce Dawson and John Tamburini<br><br>**Defendant:**<br>General Motors LLC | D.N.J. | 3:19-cv-08680-AET-LHG |

| | | |
|---|---|---|
| **Plaintiffs:**<br>Tyler Allen Click, Troy Bowen, Bailey Henderson, Ethan Galan, Luis G. Ochoa Cabrera, Homero Medina, Michael Guidroz, Scott A. Hines, Bryan J. Tomlin, Quentin Alexander and Jacqueline Bargstedt<br><br>**Defendant:**<br>General Motors LLC | S.D. Texas | 2:18-cv-00455-NGR |
| **Plaintiffs:**<br>Mark D. Chapman, Leroy Gwinn, Jr., William McDuffie, Gary Godwin, Robert Hoag, Clay Kincheloe, Bryan Joyce and Tim Taylor<br><br>**Defendant:**<br>General Motors LLC | E.D. Michigan | 2:19-cv-12333-TGB |
| **Plaintiffs:**<br>Kevin Lee Berry, Brian G. Wilson, Willie Porche and Amber Smith<br><br>**Defendant:**<br>FCA LLC | S.D. Texas | 2:19-cv-00023-HGT |

Dated: September 13, 2019     Respectfully submitted,

                                                          MCGUIREWOODS LLP

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Phone: (804)775-4746
Fax: (804) 698-2304
Email: bschmalzbach@mcguirewoods.com